COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In the Interest of C. M. J. aka C.W. v. Department of Family and
                        Protective Services

Appellate case number:  01-18-00885-CV

Trial court case number: 2016-03689J

Trial court:            314th District Court of Harris County

On October 24, 2018, this court issued an order, abating the appeal and remanding to the trial court for a hearing to determine whether good cause existed to permit appointed counsel Kevin George to withdraw and if so, to appoint new counsel.

On November 12, 2018, newly-appointed counsel Donald M. Crane filed a motion for extension.

The appeal is reinstated on the active docket. Appellant's motion **GRANTED** and the deadline for appellant's brief is extended until November 27, 2018.

It is so ORDERED.

Judge's signature: ___/s/ Michael Massengale___
      ☒ Acting individually   ☐ Acting for the Court

Date: __November 15, 2018___